IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| CHRISTOMER B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:23-CV-283 (RCY) |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| *Commissioner of the Social Security Administration*, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff is OVERRULED;

2. The Report and Recommendation of the Magistrate Judge (ECF No. 17) is ACCEPTED and ADOPTED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 23, 2024
Richmond, Virginia